# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149955(68)

JEFFREY CULLUM,
          Plaintiff-Appellee,

v

FREDERICK L. LOPATIN, D.O.,
          Defendant-Appellant,

and

DEARBORN EAR, NOSE, AND THROAT
CLINIC, P.C.,
          Defendant.
_____/

SC: 149955
COA: 313739
Wayne CC: 10-007013-NH

On order of the Chief Justice, the motion of amicus curiae Michigan Association for Justice to extend the time for filing an amicus brief is GRANTED. The brief will be accepted as timely filed if submitted on or before September 22, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2015



Clerk